UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              CASE NO. 12-34405
                                                    CHAPTER 13
PATERNO J SALVADOR
LINDA S SALVADOR                                    JUDGE CAROL A DOYLE

            DEBTORS                                 **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** BANK OF AMERICA

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 1 | 10 | 9286  ARRS | $15.00 | $15.00 | $15.00 |
| Total Amount Paid by Trustee | | | | | $15.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 12-34405

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 9th day of April, 2013.

Debtor:
PATERNO J SALVADOR
LINDA S SALVADOR
1608 OAKTON ST
PARK RIDGE, IL  60068

Attorney:
SULAIMAN LAW GROUP LTD
900 JORIE BLVD # 150
OAK BROOK, IL  60523
via Clerk's ECF noticing procedures

Creditor:
BANK OF AMERICA
PO BOX 660933
DALLAS, TX  75266-0933

Mortgage Creditor:
BANK OF AMERICA
% CODILIS & ASSOCIATES PC
15W030 N FRONTAGE RD #100
BURR RIDGE, IL  60527

Mortgage Creditor:
WELLS FARGO BANK
% PIERCE & ASSOCIATES
1 N DEARBORN #1300
CHICAGO, IL  60602

Mortgage Creditor:
BANK OF AMERICA NA
400 NATIONAL WAY MS
CA69190123
SIMI VALLEY, CA  93065

ELECTRONIC SERVICE - United States Trustee

Date:  April 09, 2013

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603