IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  PATERNO J SALVADOR  )  Chapter 13
        LINDA S SALVADOR    )
                            )  Case No.  12 B 34405
              Debtor(s)     )
                            )  Judge Carol A Doyle

NOTICE OF WITHDRAWAL OF TRUSTEE'S NOTICE OF FINAL MORTGAGE CURE PAYMENT

The Trustee's Notice of Final Mortgage Cure Payment filed by Tom Vaughn Chapter 13 Trustee on April 15, 2013 is hereby withdrawn as the Notice of Final Mortgage Cure Payment was filed in error.

Dated April 18, 2013

1